BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 3721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>    v.<br><br>ENRIQUE OCHOA, et al.,<br><br>                     Defendant. | CASE NO. 1:93-CR-05224 LJO<br><br>**ORDER DISMISSING INDICTMENT AS TO DEFENDANT**<br>**ENRIQUE OCHOA** |

For the reasons set forth in the motion to dismiss filed by the United States, the Indictment against defendant **ENRIQUE OCHOA** is hereby DISMISSED and any outstanding arrest warrant is recalled.

IT IS SO ORDERED.

    Dated:   **August 19, 2013**         /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE

1